UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MARCEL AUTHORLEE | CIVIL ACTION NO. 19-0781 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| FRANKLIN PARISH DETENTION CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Marcel Authorlee's claims against Franklin Parish Detention Center and the Louisiana Department of Public Safety and Corrections are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, with the exception of his negligence claims, Plaintiff's claims against Warden Chad Lee and Sheriff Kevin Cobb are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 17th day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE