UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MARCEL AUTHORLEE #592316** | **CASE NO. 3:19-CV-00781 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **FRANKLIN PARISH DETENTION CENTER ET AL** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation [Doc. No. 24] of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion for summary judgment [Doc. No. 22] is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 16th day of April, 2020, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE